```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

CARL C. FOSTER,

    Plaintiff,

v.                                 Civil Action No. 2:14-cv-29205

JUDGE ANNE CHARNOCK,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on October 27, 2017. The magistrate judge recommends that the court dismiss the plaintiff's complaint according to 28 U.S.C. § 1915(e)(2)(B). The plaintiff, proceeding pro se, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that the Proposed Findings and Recommendations be, and hereby is, adopted by the court, and that the plaintiff's action be, and hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: December 18, 2017

John T. Copenhaver, Jr.
United States District Judge